IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03446-WYD-KMT | Date: | September 11, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| DANIEL L. PORTER, | Gregory Russi |
| | Sander Karp |
| Plaintiff, | |
| v. | |
| AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin corporation, | Debra Sutton |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding relevancy and discoverability of reserve information on the UIM claim, bodily injury claim file, and damages assessment information.

Court states its findings that there is no "work product" information in the Bodily Injury claim file because nothing was created in anticipation of litigation. With respect to the UIM file, there is no work product protection up to and including December 12, 2012. After that time, work product protection is available.

**ORDERED:   Defendant's Motion for Protective Order Regarding Reserve Information [20] is GRANTED IN PART AND DENIED IN PART, as stated on record. Defendant will produce adjuster's valuation assessments occurring on or before December 12, 2012. No reserve information will be produced.**

**ORDERED:**   **Plaintiff's Motion to Compel Production of Bodily Injury File of Defendant and for an Expedited Hearing [34] is GRANTED IN PART AND DENIED IN PART, as stated on record. To the extent the adjusters have made valuation assessments, those documents and claim notes will be produced. Reserve information will not be produced.**

Discussion regarding redacted bodily injury claim privilege log. Mental impressions of adjusters are not privileged and the log will be amended accordingly.

**2:43 p.m.   Court in recess.**

Hearing concluded.
Total in-court time   01:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.