IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:      13-cv-03446-WYD-KMT           Date:   June 4, 2015
Courtroom Deputy:     Sabrina Grimm                  FTR:    Courtroom C-201

*Parties:*                                           *Counsel:*

DANIEL L. PORTER,                                    Sander Karp
                                                     James Fosnaught

   Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY, a                 Debra Sutton
Wisconsin corporation,                               Ashley Larson

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**1:38 p.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding timeliness of supplemental expert reports and whether they are proper or prejudicial.

**ORDERED:   Plaintiff's Motion to Strike Defendant's Supplemental Expert Disclosure and Surrebuttal Report of Giometti and Prohibit Testimony [52] is GRANTED. Mr. Giometti's supplemental report is STRICKEN and may not be used for any purposes at trial. Mr. Giometti will not be allowed to render testimony at trial about new material in the supplemental report.**

**ORDERED:   Plaintiff's Motion to Strike Defendant's Second Supplemental Expert Disclosure and Surrebuttal Report of Taylor/Jacobson and Prohibit Testimony [54] is GRANTED. The supplemental reports are STRICKEN and many not be used for any purposes at trial.**

**3:19 p.m.**      **Court in recess.**
**3:41 p.m.**      **Court in session.**

Discussion and argument regarding adding witnesses and exhibits to the Final Pretrial Order.

**ORDERED:**      **Plaintiff's Amended Motion to Amend Final Pretrial Order; Motion to Amend Exhibit List and Witness List of Plaintiff [Docket #49] [63] is GRANTED IN PART. The motion is granted as to exhibits 64, 65, 67 through 71, as discussed. Those exhibits shall be considered added to and a part of the Final Pretrial Order [Doc. No. 49]. The requests to add Exhibits 66, 72, 73, 74 and witness Jim Lord to the Final Pretrial Order are WITHDRAWN by Plaintiff.**

**3:54 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    01:54

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.