IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-CV-3446-WYD-KMT

DANIEL L. PORTER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff Daniel L. Porter's Motions in Limine were filed as follows:   Motion in Limine Re Testimony of Defense Expert Giometti (ECF No. 77), filed August 7, 2015; Motion in Limine to Exclude Certain Testimony of Taylor and Jacobson (ECF No. 78), filed August 11, 2015.

    Defendant American Family Mutual Insurance Company's Motions in Limine were filed as follows:   Motion in Limine to Preclude Argument or Testimony that American Family Had Any Duty to Advance Payment of Unaccepted Offers to Settle (ECF No. 79), filed August 11, 2015; Motion in Limine to Limit or Exclude Testimony of Plaintiffs Insurance Bad Faith Expert, Richard Laugesen (ECF No. 80), filed August 11, 2015.

    These Motions in Limine (ECF Nos. 77, 78, 79, 80) are **STRICKEN** from the record with leave to refile for failure to comply with the Practice Standards of this Court, § III(C)(1).   Such motions may be filed not earlier than seventy-five (75) days and not later than thirty (30) days prior to the Trial Preparation Conference, which is currently scheduled for January 21, 2016.

    Parties are reminded to review all of the Practice Standards as they pertain to trial preparation, and to comply with D.C.COLO.LCivR 7.1 for all motions submitted to this Court.

    Dated:   September 17, 2015