**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 23, 2015 |
| E.C.R./Reporter:   Darlene Martinez | |

Civil Action No: **13-cv-03446-WYD-KMT**          Counsel:

**DANIEL L. PORTER**,                                                  Sander N. Karp
                                                                                  James F. Fosnaught
           Plaintiff,

v.

**AMERICAN FAMILY MUTUAL**                         Debra K. Sutton
**INSURANCE COMPANY**,                                 Ashley R. Larson

           Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**9:59 a.m.**     Court in Session

                      APPEARANCES OF COUNSEL.

                      Court's opening remarks.

10:01 a.m.     Argument by Defendant (Ms. Sutton).

10:06 a.m.     Argument by Plaintiff (Mr. Karp).

10:07 a.m.     Argument by Defendant (Ms. Sutton).

                      Defendant's Motion in Limine to Preclude Argument or Testimony that American Family Had Any Duty to Advance Payment of Unaccepted Offers to Settle [ECF Doc. No. 79], filed August 11, 2015, is raised for argument.

| | |
|---|---|
| 10:17 a.m. | Argument by Defendant (Ms. Sutton). |
| 10:19 a.m. | Argument by Plaintiff (Mr. Fosnaught). |
| 10:23 a.m. | Argument by Defendant (Ms. Sutton). |
| 10:25 a.m. | Argument by Plaintiff (Mr. Fosnaught). |

**ORDERED:** Defendant's Motion in Limine to Preclude Argument or Testimony that American Family Had Any Duty to Advance Payment of Unaccepted Offers to Settle [ECF Doc. No. 79], filed August 11, 2015, is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** Counsel shall meet and confer and file a status report, updating the Court on the position of the parties related to expert witnesses and the pending Daubert motions, not later than **Monday, January 11, 2016.**

**ORDERED:** Motion hearing is set for **Tuesday, December 8, 2015, at 10:00 a.m., in Courtroom A-1002** regarding Defendant's Objection to the Order Striking Defendant's Supplemental Expert Disclosure and Report of Taylor Jacobson [ECF Doc. No. 73] and Defendant's Motion for Reconsideration of the Exclusion of Taylor Jacobson Supplemental Report Dated March 30, 2015 [ECF Doc. No. 107]. **Counsel for plaintiff will be allowed to participate via telephone conference.**

**10:36 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :37**

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**