**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   January 21, 2016 |
| E.C.R./Reporter:   Mary George | |

---

Civil Action No: **13-cv-03446-WYD-KMT**          Counsel:

**DANIEL L. PORTER**,                                              Sander N. Karp
                                                                              James F. Fosnaught
            Plaintiff,

v.

**AMERICAN FAMILY MUTUAL**                         Debra K. Sutton
**INSURANCE COMPANY**,                                Ashley R. Larson

            Defendant.

---

**COURTROOM MINUTES**

---

**TRIAL PREPARATION CONFERENCE**

**2:03 p.m.**      Court in Session

                         APPEARANCES OF COUNSEL.

                         Court's opening remarks.

                         Plaintiff's Motion to Strike Testimony of Defense Expert Giometti or, in the
                         Alternative, Motion in Limine [ECF Doc. No. 77], filed August 7, 2015, is raised
                         for argument.

2:04 p.m.           Argument by Defendant (Ms. Sutton).

2:13 p.m.           Argument by Plaintiff (Mr. Fosnaught).

| | |
|---|---|
| **ORDERED:** | Plaintiff's Motion to Strike Testimony of Defense Expert Giometti or, in the Alternative, Motion in Limine [ECF Doc. No. 77], filed August 7, 2015, is **DEFERRED.** |
| **ORDERED:** | Outside the presence of the jury and prior to testimony by Defendant's expert Gregory Giometti, the Court shall hear from Gregory Giometti regarding his planned reference to the disputed statute in his testimony. |
| 2:16 p.m. | Discussion regarding joint statement of the case jury instruction.<br><br>Defendant's Proposed Amendment to the Pretrial Order [ECF Doc. No. 135], filed January 19, 2016, is raised for argument. |
| 2:25 p.m. | Argument by Plaintiff (Mr. Karp). |
| 2:31 p.m. | Argument by Defendant (Ms. Sutton). |
| 2:36 p.m. | Argument by Plaintiff (Mr. Fosnaught). |
| 2:38 p.m. | Argument by Defendant (Ms. Sutton). |
| 2:39 p.m. | Argument by Plaintiff (Mr. Fosnaught). |
| 2:45 p.m. | Argument by Defendant (Ms. Sutton). |
| 2:46 p.m. | Argument by Plaintiff (Mr. Fosnaught). |
| **ORDERED:** | Defendant's Proposed Amendment to the Pretrial Order [ECF Doc. No. 135], filed January 19, 2016, is **DENIED.** |
| 2:51 p.m. | Discussion regarding estimated length of trial being 4-5 days and issues with respect to testimony to be elicited from Richard Laugesen. |
| **ORDERED:** | Outside the presence of the jury and prior to testimony by Defendant's expert Richard Laugesen, the Court shall confirm with Richard Laugesen the parameters of his testimony. |
| **2:57 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :54**