# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: February 10, 2016 |
| E.C.R./Reporter: Mary George | |

Civil Action No: **13-cv-03446-WYD-KMT**    Counsel:

**DANIEL L. PORTER**,                              Sander N. Karp
                                                   James F. Fosnaught
            Plaintiff,                             Gregory S. Russi

v.

**AMERICAN FAMILY MUTUAL**                         Debra K. Sutton
**INSURANCE COMPANY**,                             Ashley R. Larson

            Defendant.

## COURTROOM MINUTES

**TRIAL TO JURY (DAY 3)**

**9:21 a.m.**     Court in Session - Jury not present

                  Discussion regarding the fact that counsel has resolved objections in the Martha Haraway and Greg Feinsinger depositions.

9:22 a.m.         Discussion regarding testimony of Richard Laugesen.

9:27 a.m.         Jury enters

9:28 a.m.         Plaintiff's witness **Martha Haraway** continues by video deposition.

10:02 a.m.        Plaintiff's witness **Greg Feinsinger** by video deposition.

**11:01 a.m.**    Court in Recess

| | |
|---|---|
| **11:19 a.m.** | Court in Session - Jury not present. |
| **ORDERED:** | Defendant's Trial Brief Regarding the Admissibility of the Underinsured Motorist Policy Limits [ECF Doc. No. 141], filed February 8, 2016, is **GRANTED.** |
| **ORDERED:** | Witnesses shall not refer to policy limits during their testimony. |
| 11:22 a.m. | Discussion regarding scheduling issues. |
| 11:26 a.m. | Jury enters |
| 11:26 a.m. | Plaintiff's witness **James Evenson** sworn. |
| | Direct examination by Plaintiff (Mr. Karp). |
| | *EX ID:      43, 44, 45, 46* |

**Exhibit(s) 43, 44, 45, 46 RECEIVED.**

**Witness tendered and accepted as an expert.**

| | |
|---|---|
| 12:04 p.m. | Cross examination by Defendant (Ms. Sutton). |
| | *EX ID:      43, 44, 45, 46* |
| 12:25 p.m. | Re-Direct examination by Plaintiff (Mr. Karp). |
| 12:27 p.m. | Discussion regarding schedule for this afternoon. |
| **12:28 p.m.** | Court in Recess |
| **12:33 p.m.** | Court in Session - Jury not present |
| 12:34 p.m. | Plaintiff's witness **Richard W. Laugesen** sworn. |
| | Direct examination by Plaintiff (Mr. Fosnaught). |

**Witness tendered and accepted as an expert.**

| | |
|---|---|
| 1:07 p.m. | Cross examination by Defendant (Ms. Sutton). |
| 1:16 p.m. | Argument by Defendant (Ms. Sutton). |
| 1:20 p.m. | Discussion regarding policy limits. |

| | |
|---|---|
| **ORDERED:** | Defendant's Motion to Limit or Exclude Testimony of Plaintiff's Insurance Bad Faith Expert, Richard Laugesen [ECF Doc. No. 80], filed August 11, 2015, is **GRANTED IN PART and DENIED IN PART as outlined by the Court on the record.** |
| **1:21 p.m.** | Court in Recess |
| **2:22 p.m.** | Court in Session - Jury enters |
| 2:24 p.m. | Plaintiff's witness **Richard W. Laugesen** sworn.<br><br>Direct examination by Plaintiff (Mr. Fosnaught).<br>***EX ID:         41***<br><br>**Witness tendered and accepted as an expert.** |
| 3:23 p.m. | Cross examination by Defendant (Ms. Sutton).<br>***EX ID:         41, 64, A-3, A-4, A-34*** |

**Exhibit(s) 64, A-3, A-4 RECEIVED.**

| | |
|---|---|
| 3:55 p.m. | Re-Direct examination by Plaintiff (Mr. Fosnaught).<br>***EX ID:         41*** |
| 3:59 p.m. | Re-Cross examination by Defendant (Ms. Sutton). |
| **4:02 p.m.** | Court in Recess |
| **4:19 p.m.** | Court in Session - Jury not present<br><br>Court's remarks regarding jury instructions and jury instruction conference. |
| 4:21 p.m. | Discussion regarding issue related to denial of the claim. |
| 4:26 p.m. | Jury enters |
| 4:26 p.m. | Plaintiff's witness **Margie Lucille Porter** sworn.<br><br>Direct examination by Plaintiff (Mr. Fosnaught). |
| 4:43 p.m. | Jury excused<br><br>Discussion regarding objection by Defendant - **SUSTAINED.** |

| | |
|---|---|
| 4:49 p.m. | Jury enters |
| | Direct examination by Plaintiff continues (Mr. Fosnaught). |
| 4:59 p.m. | Cross examination by Defendant (Ms. Sutton).<br>***EX ID:***   ***A-26, A-27, A-28, A-29, A-30*** |

**Exhibit(s) A-26, A-27, A-28, A-29, A-30 RECEIVED.**

| | |
|---|---|
| 5:19 p.m. | Re-Direct examination by Plaintiff (Mr. Fosnaught). |
| 5:22 p.m. | Plaintiff rests. |
| | Discussion regarding schedule for tomorrow. |
| 5:24 p.m. | Jury excused for the evening. |
| | Discussion regarding issues as to testimony of Gregory Giometti and Kyle Jacobson. |
| **5:27 p.m.** | Court in Recess - TRIAL CONTINUED. |

**TOTAL TIME:   6:25**