**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech         Date:   February 11, 2016
E.C.R./Reporter:      Mary George

---

Civil Action No:  **13-cv-03446-WYD-KMT**          Counsel:

**DANIEL L. PORTER**,                              Sander N. Karp
                                                  James F. Fosnaught
             Plaintiff,                           Gregory S. Russi

v.

**AMERICAN FAMILY MUTUAL**                        Debra K. Sutton
**INSURANCE COMPANY**,                            Ashley R. Larson

             Defendant.

---

### COURTROOM MINUTES

---

**TRIAL TO JURY (DAY 4)**

**9:42 a.m.**      Court in Session - Jury enters

9:45 a.m.      Defendant's witness **Cynthia Campman** sworn.

               Direct examination by Defendant (Ms. Sutton).
               *EX ID:*       *A-1, A-3, A-4, A-34, 32, A-10, A-11, A-12, A-13, A-14, A-15, A-
               16, 41, 61*

**Exhibit(s) A-1, 32, A-10, A-11, A-12, A-13, A-14, A-15 RECEIVED.**

10:33 a.m.      Jury excused

               Discussion regarding objection by Plaintiff to redactions to Plaintiff's exhibit 61 -
               **OVERRULED.**

**ORDERED:** Counsel shall provide redacted paper and electronic copies of Plaintiff's exhibit 61.

**ORDERED:** Plaintiff's Motion to Exclude Certain Testimony of Defense Expert Jacobson/Taylor, in the Alternative, Motion in Limine [ECF Doc. No. 78], filed August 11, 2015, is **DENIED AS MOOT.**

**10:41 a.m.** Court in Recess

**11:00 a.m.** Court in Session - Jury enters

11:02 a.m. Defendant's witness **Cynthia Campman** resumes.

Direct examination by Defendant continues (Ms. Sutton).
*EX ID:*      *A-1, A-24*

## Exhibit(s) 61 RECEIVED.

11:08 a.m. Bench conference regarding objection by Plaintiff to exhibit A-24 - **OVERRULED.**

11:10 a.m. Direct examination by Defendant continues (Ms. Sutton).
*EX ID:*      *A-24, 61*

## Exhibit(s) A-24 RECEIVED.

11:28 a.m. Cross examination by Plaintiff (Mr. Fosnaught).
*EX ID:*      *A-1*

11:29 a.m. Jury excused

Discussion regarding objection by Defendant to exhibit A-1 - **SUSTAINED.**

**ORDERED:** Page 13 of exhibit A-1 shall be redacted to remove reference to policy limits.

11:38 a.m. Jury enters

Cross examination by Plaintiff continues (Mr. Fosnaught).
*EX ID:*      *A-1, A-23, A-34, 61, 28, A-23*

## Exhibit(s) A-23 RECEIVED.

12:04 p.m. Re-Direct examination by Defendant (Ms. Sutton).
*EX ID:*      *A-23*

12:08 p.m.      Re-Cross examination by Plaintiff (Mr. Fosnaught).

**12:11 p.m.**   Court in Recess

**12:25 p.m.**   Court in Session

12:27 p.m.      Defendant's witness **Kyle John Jacobson** sworn.

Direct examination by Defendant (Ms. Sutton).

**Witness tendered and accepted as an expert.**

**1:05 p.m.**    Court in Recess

**2:32 p.m.**    Court in Session - Jury enters

Defendant's witness **Kyle John Jacobson** resumes.

2:33 p.m.       Cross examination by Plaintiff (Mr. Karp).
                *EX ID:        55, 61, 43, 44, 34*

3:20 p.m.       Re-Direct examination by Defendant (Ms. Sutton).

3:24 p.m.       Re-Cross examination by Plaintiff (Mr. Sander).

3:28 p.m.       Plaintiff's witness **Gregory R. Giometti** sworn.

Direct examination by Defendant (Ms. Sutton).

**4:00 p.m.**    Court in Recess

**4:29 p.m.**    Court in Session - Jury enters

4:31 p.m.       Cross examination by Plaintiff (Mr. Fosnaught).
                *EX ID:        43, A-34, deposition of Gregory Giometti (9/23/14) for*
                *                 purposes of impeachment*

4:50 p.m.       Jury excused

Discussion regarding objection by Defendant - **SUSTAINED.**

4:53 p.m.       Jury enters

4:53 p.m.      Cross examination by Plaintiff (Mr. Fosnaught).

4:58 p.m.      Defendant rests.

               Court's remarks regarding schedule for tomorrow.

5:01 p.m.      Jury excused until Friday, February 12, 2016, at 9:00 a.m.

               **JURY INSTRUCTION CONFERENCE**

               Court's rulings on dispute jury instructions are:

#15     OBJECTION BY PLAINTIFF - COURT WILL MODIFY IN PART AND DEFER IN PART.
        NO OBJECTION.
#16     OBJECTION BY PLAINTIFF and DEFENDANT - OVERRULED.
#18     OBJECTION BY PLAINTIFF - COURT WILL MODIFY.  NO OBJECTION.
#19     OBJECTION BY DEFENDANT - OVERRULED.
#22     OBJECTION BY PLAINTIFF - OVERRULED.
#26     OBJECTION BY PLAINTIFF and DEFENDANT - COURT WILL REMOVE.  NO
        OBJECTION.
#27     OBJECTION BY PLAINTIFF - COURT WILL REMOVE.  NO OBJECTION.
#33     OBJECTION BY PLAINTIFF and DEFENDANT - COURT WILL MODIFY.  NO
        OBJECTION.

Plaintiff's Proposed Instruction No. 6 - REFUSED.

Defendant's Disputed Instruction E - REFUSED.
Defendant's Disputed Instruction J - REFUSED.

Verdict Form      OBJECTION BY PLAINTIFF and DEFENDANT - COURT WILL MODIFY
                  IN PART and DEFERRED IN PART.

               Defendant's oral Rule 50 motion on Plaintiff's common law bad faith claim.

6:11 a.m.      Argument by Defendant (Ms. Larson).

6:12 p.m.      Argument by Plaintiff (Mr. Fosnaught).

**ORDERED:**    Defendant's oral Rule 50 motion on Plaintiff's common law bad faith claim is
                **DENIED.**

               Plaintiff's oral Rule 50 motion as to affirmative defense of failure to cooperate.

6:14 p.m.      Argument by Plaintiff (Mr. Fosnaught).

6:15 a.m.          Argument by Defendant (Ms. Larson).

**ORDERED:**     Plaintiff's oral Rule 50 motion as to affirmative defense of failure to cooperate is **DENIED.**

**ORDERED:**     Plaintiff's Motion to Strike Testimony of Defense Expert Giometti Or, in the Alternative, Motion in Limine [ECF Doc. No. 77], filed August 7, 2015, is **DENIED AS MOOT.**

**6:19 p.m.**     Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:   6:08**