IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-3446-WYD-KMT

DANIEL L. PORTER,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Request for Leave to Submit this Response to Defendant's Deposition Designations and Objections (ECF No. 139), filed on February 5, 2016, is **GRANTED**.

    Dated:   February 12, 2016